O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| LOTTE GLOBAL LOGISTICS CO. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ONE WAY ONLY TRANS, INC. et al.,<br><br>Defendants. | Case No. 2:23-cv-03558-ODW (ASx)<br><br>**FINAL JUDGMENT** |

In accordance with the Court's Summary Judgment Orders, (ECF Nos. 56–57), Findings of Fact and Conclusions of Law, (ECF No. 87), and Dismissal Order, (ECF No. 93), it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. Plaintiff shall have judgment in its favor on its claim under the Carmack Amendment, 49 U.S.C. § 14706 *et seq*., against Defendant One Way Only Trans, Inc.;

2. Plaintiff is entitled to recover damages in the amount of $547,849.99 from Defendant One Way Only Trans, Inc.;

3. Defendant OMI Truck Parking Facilities, Inc. shall have judgment in its favor on Plaintiff's negligence and breach of bailment claims against it;

4. Plaintiff shall take nothing from its action against Defendant OMI Truck Parking Facilities, Inc.; and

5. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

July 7, 2025

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**